JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO OJEDA, | Case No. 2:23-cv-10927-MCS-JC |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed.

IT IS SO ADJUDGED.

DATED: February 4, 2025

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE